**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Anthony John O'Reilly

2. **Debtor's unique identifier**

   For non-individual debtors:
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
   ☐ Other _____. Describe identifier _____

   For individual debtors:
   ☐ Social Security number: xxx – xx– 7 2 9 4
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
   ☐ Other _____. Describe identifier _____

3. **Name of foreign representative(s)**  Alastair Beveridge of AlixPartners UK LLP

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  IN THE MATTER OF ANTHONY JOHN O'REILLY - CASE 2015-COM/bnk/00028

5. **Nature of the foreign proceeding**

   Check one:
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  **Anthony John O'Reilly**
Name

Case number (if known) _____

**8. Others entitled to notice**    Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Bahamas

**Debtor's registered office:**

N/A
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

Chateau des Ducs de Normondie
Number    Street

14800 Bonneville Sur Touques
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

France
Country

**Address of foreign representative(s):**

6 New Street Square
Number    Street

_____
P.O. Box

London, EC4A 3BF
City    State/Province/Region    ZIP/Postal Code

United Kingdom
Country

**10. Debtor's website (URL)**    N/A

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

   ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☑ Individual

Debtor    Anthony John O'Reilly
         Name

Case number (if known) _____

**12. Why is venue proper in this district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Sabina Vidunas v. Anthony J.F. O'Reilly; No 13-01746 W.D. PA.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_____    Alastair Beveridge
Signature of foreign representative    Printed name

Executed on  11 / 21 / 2018
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative    Printed name

Executed on  ___ / ___ / _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Gary M. Sanderson, Esq.
Signature of Attorney for foreign representative

Date  11/21/2018
      MM / DD / YYYY

Gary M. Sanderson &
Robert E. Dauer, Jr.
Printed name

Meyer Unkovic & Scott LLP
Firm name

535 Smithfield Street, Suite 1300
Number    Street

Pittsburgh                                    PA        15222
City                                          State    ZIP Code

                                              gms@muslaw.com
(412) 456-2835                                red@muslaw.com
Contact phone                                 Email address

PA I.D. No. 313591 (GMS)

PA I.D. No. 61699    (RED)                    PA
Bar number                                    State